IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DESMOND THOMAS, **PLAINTIFF**
#29531

v. 3:22CV00215-LPR-JTK

WESTON **DEFENDANT**

## ORDER

Having reviewed Desmond Thomas's ("Plaintiff") Amended Complaint (Doc. No. 8) for screening purposes,[1] the Court concludes service of Plaintiff's claim against Defendant Weston is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Weston. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 8), Summons, and this Order on Defendant Weston without prepayment of fees and costs or security therefore. Service should be attempted through the Greene County Sheriff's Office, 1809 North Rockingchair Road, Paragould, Conway, AR 72450.

IT IS SO ORDERED this 6th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).