IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DESMOND THOMAS,                                                                                       PLAINTIFF
#29531

v.                                   3:22CV00215-LPR-JTK

WESTON                                                                               DEFENDANT

## ORDER

After screening Desmond Thomas's ("Plaintiff") Amended Complaint (Doc. No. 8) pursuant to the Prison Litigation Reform Act,[1] the Court ordered service of Plaintiff's claims against Defendant Weston. (Doc. No. 10). On November 22, 2022, summons for Defendant Weston was returned unexecuted, with the notation "addressee [is] not known at the delivery address." (Doc. No. 22).

The Court cannot serve Defendant Weston without a valid address for service. It is Plaintiff's responsibility to provide a service address for Defendant Weston. See Lee v. Armontrout, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam); see also FED. R. CIV. P. 4(m) (any defendant not served within ninety (90) days after the filing of the Complaint is subject to dismissal without prejudice). Plaintiff is directed to provide the Court an address for service for Defendant Weston within thirty (30) days of the date of this Order. If Plaintiff does not do so, and if Defendant Weston is not served, the Court will recommend Plaintiff's claims against him be dismissed without prejudice. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 4(m).

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

2

IT IS SO ORDERED this 16th day of December, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE