IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DESMOND THOMAS,** **PLAINTIFF**
ADC # 172291

v.   Case No. 3:22-cv-00215-LPR

**WESTON** **DEFENDANT**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's claims against Defendant Weston are DISMISSED without prejudice for lack of service.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE