IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DESMOND THOMAS,**                                                                             **PLAINTIFF**
ADC # 172291

v.                                      Case No. 3:22-cv-00215-LPR

**WESTON**                                                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Desmond Thomas's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment (and any related orders) would be frivolous and not in good faith.

IT IS SO ADJUDGED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE